**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Joseph McDonald and Arboretum Village Manor
Homes Association, Inc.,

        Plaintiffs,

vs.

Conair Corporation, Inc., a Delaware Corporation,

        Defendant.

Civil No. 04 2983(RHK/JSM)

**ORDER**

---

      Pursuant to the Stipulation submitted by the parties, it is hereby **ORDERED** that the above-entitled action is **DISMISSED WITH PREJUDICE** and without cost to any party.

    **LET JUDGMENT BE ENTERED ACCORDINGLY**.

Dated:  December 8, 2005

                                    s/Richard H. Kyle
                                    RICHARD H. KYLE
                                    United States District Judge